IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARWIN ABBOTT | : |
| | : CIVIL ACTION NO. 02-CV-3883 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BAYER CORPORATION; | : ENTRY OF APPEARANCE |
| BAYER AG; | : |
| GLAXOSMITHKLINE, PLC; | : |
| GLAXOSMITHKLINE; | : |
| SMITHKLINE BEECHAM | : |
| | : |
| Defendants. | : |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____      _____
Hope S. Freiwald                                Aline Fairweather


_____      _____
Alison T. Conn                                   Kirstin J. Miller


Dated:  August 14, 2002            DECHERT PRICE & RHOADS
                                                            4000 Bell Atlantic Tower
                                                            1717 Arch Street
                                                            Philadelphia, PA  19103-2793
                                                            (215) 994-4000